**SYNCHROPILE INCORPORATED,**
Plaintiff–Appellant,

v.

**TRAYLOR BROTHERS INCORPO-RATED; Massman Construction Company; Kiewit Louisiana Company, Massman Construction Company, and Traylor Brothers, Incorporated, A Joint Venture; Kiewit Louisiana Company, Defendants–Appellees.**

No. 11–30796.

United States Court of Appeals,
Fifth Circuit.

May 2, 2012.

Christopher H. Riviere, Esq., Eric Louis Trosclair, Riviere Law Firm, Thibodaux, LA, for Plaintiff–Appellant.

David Sinnott Bland, Matthew C. Guy, James Dejean Prescott, III, Esq., Leblanc Bland, P.L.L.C., New Orleans, LA, for Defendants–Appellees.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.